**143 So. 47**

**STATE of Louisiana v. Charley CHANDLER, Jeff Chandler, and Robert Griffin.**

No. 31861.

June 20, 1932.

G. L. Porterie, Atty. Gen., James O'Connor, Asst. Atty. Gen., and David I. Garrett, Dist. Atty., of Monroe, for the State.

E. M. Fraser and Madison, Madison & Fuller, all of Bastrop, for appellee.

ST. PAUL, J.

This case presents the same issues and the same facts as in State v. Charlie Brantley, 175 La. 197, 143 So. 46, decided this day; and, for the reasons therein assigned:

It is therefore ordered that the judgment appealed from be reversed, and the case remanded to be proceeded with according to law.